IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| US BANK N.A., as Trustee for the TST Home Equity Asset Trust 2005-1, | No. 3:18-cv-00404-SB |
| Plaintiff, | ORDER |
| v. | |
| LEE MORRIS and LISA DIAMOND, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation [8] on November 6, 2018, in which she recommends that the Court remand this case to state court for lack of subject matter jurisdiction. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [8]. Accordingly, the Court REMANDS this case to the Washington County Circuit Court.

IT IS SO ORDERED.

DATED this 7 day of January, 2019.

MARCO A. HERNÁNDEZ
United States District Judge